UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-47-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JUSTINO SOLIS-SANTOS | |

On motion of the Defendant, Justino Solis-Santos, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #57 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 12th day of July, 2013.

_____
LOUISE WOOD FLANAGAN
United States District Judge